

# Fourth Court of Appeals
## San Antonio, Texas

November 2, 2021

No. 04-21-00473-CV

**IN THE INTEREST OF L.H., ET AL**

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-01727
The Honorable Kimberly Burley, Judge Presiding

# O R D E R

The trial court signed a final appealable order on October 6, 2021. Because this is an accelerated appeal, the notice of appeal was due by October 26, 2021. *See* TEX. R. APP. P. 26.1(b). Appellant filed a motion for extension of time to file the notice of appeal and notice of appeal on October 29, 2021. *See* TEX. R. APP. P. 10.5 & 26.3. Appellant presented a reasonable explanation for failing to file the notice of appeal in a timely manner. Appellant's motion for extension of time is **GRANTED.** We deem notice of appeal timely filed on October 29, 2021. The Clerk's Record and Reporter's Record are due on November 8, 2021. *See* TEX. R. APP. P. 35.1(b).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of November, 2021.

_____
Michael A. Cruz,
Clerk of Court